**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PENNSYLVANIA BOARD OF LAW EXAMINERS, | : | No. 1 MM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES EDWARD GOEPEL, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of August, 2020, the Petition for Review is DENIED.